IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 07-cv-00949 WDM-MEH

IN THE MATTER OF THE APPLICATION OF HSBC BANK PLC
FOR LEAVE TO ISSUE A SUBPOENA IN AID OF PROCEEDINGS
BEFORE A FOREIGN TRIBUNAL

**ORDER GRANTING APPLICATION PURSUANT TO 28 U.S.C. § 1782**

THIS MATTER having come before the Court on the Application by HSBC Bank plc ("HSBC") pursuant to 28 U.S.C. § 1782, and the Court having considered the Application, the associated declaration and its exhibits, and being sufficiently advised,

HEREBY ORDERS that HSBC's Application is GRANTED.

IT IS FURTHER ORDERED:

1) HSBC is authorized, pursuant to 28 U.S.C. § 1782, and in connection with <u>HSBC Bank PLC v. 5th Avenue Partners Ltd. et al</u>. (the "London Action"), to issue a subpoena, in the form attached as Exhibit 1 to the Application, for the deposition of Kit Bradshaw and to require him to produce the documents described in the subpoena. The deposition shall last no more than one day of seven hours;

2) Counsel to HSBC in this matter may issue and sign the subpoena and cause it to be served upon Kit Bradshaw pursuant to Fed. R. Civ. P. 45;

#1248087 v1

1

3) Counsel to HSBC in this matter or English counsel for HSBC may question Kit Bradshaw at the deposition; and

4) Any other party to the London Action who wishes to do so may also to appear at the deposition and question Kit Bradshaw.

DATED at Denver, Colorado, on May 15, 2007.

> BY THE COURT:
>
> s/ Walker D. Miller
> United States District Judge